UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN M. CROMWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-02235-RLY-MG |
| ) | |
| MARTIN O'MALLEY, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Consistent with the Entry issued this date, the court hereby **REVERSES** the Commissioner's decision denying Plaintiff disability insurance benefits.

**SO ORDERED** this 6th day of March 2024.


Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record